# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CLN Properties, Inc., individually and on behalf of all those similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Republic Services, Inc., et al., <br><br> Defendants. | No. CV09-1428-PHX-DGC <br><br> **ORDER** |

On April 26, 2010, Plaintiffs filed a motion to amend their complaint to include numerous additional Plaintiffs in the action. Dkt. ##48, 48-2. On May 10, 2010, Plaintiffs filed a motion to modify their April 26 motion to amend so that they could add three more Plaintiffs and remove one Plaintiff (Malange Restaurant) which Plaintiffs had added to the action through the lodged April 26 amended complaint. Dkt. ##51, 51-2. On May 28, 2010, Plaintiffs filed a notice of withrawal of their request to add three Plaintiffs (Ricky Perritt, FRAK Inc., and Ashley Thompson LLC) who had been added in the April 26, 2010 lodged amended complaint. Dkt. #54. On May 28, 2010, Defendants filed a response to Plaintiffs' motions. Dkt. #56-1. Defendants do not oppose the amendments to the complaint given that Plaintiffs deleted Malange Restaurant from the action in the May 10 proposed amended complaint, and also withdrew their request to add Ricky Perritt, FRAK Inc., and Ashley Thompson LLC as Plaintiffs. *Id.* Because Defendants do not oppose the amendment, the Court will grant Plaintiffs' motions to amend.

**IT IS ORDERED:**

1. Plaintiffs' motion to amend (Dkt. #48) is **granted**.
2. Plaintiffs' motion to amend (Dkt. #51) is **granted**.
3. As of the date of this order, the following Plaintiffs are named in this case: CLN Properties, Inc., Maevers Management Company, Inc., Gordy Development, LLC, Walnut Woods Condominium I Association, Inc., Country Club of Brewton, Inc., Mary Brooks Pittman, Jackie Ullery, and Academy Street Villa Home Owners Association.[1]

DATED this 14th day of June, 2010.

*David G. Campbell*
United States District Judge

---

[1] Plaintiffs have filed a motion to amend the complaint to add two additional Plaintiffs: Buffen Automotive Inc. d/b/a Top Value Car and Truck Service of Southfield, and Julie Ellison d/b/a Cat & Fiddle Tavern. Dkt. #57. As of the date of this order, however, Defendants have not yet responded to the motion and the Court has not yet ruled on the motion.