**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CLN Properties, Inc., individually and on behalf of all those similarly situated, et al.,

    Plaintiffs,

vs.

Republic Services, Inc., et al.,

    Defendants.

No. CV09-1428-PHX-DGC

**ORDER**

On June 9, 2010, Plaintiffs filed a second motion to amend their complaint. Dkt. #57. Defendants do not oppose the motion. Dkt. #59. Because Defendants do not oppose the amendment, the Court will grant Plaintiffs' motion to amend. Dkt. #57

**IT IS ORDERED:**

1. Plaintiffs' motion to amend (Dkt. #57) is **granted**.
2. As of the date of this order, the following Plaintiffs are named in this case: CLN Properties, Inc., Maevers Management Company, Inc., Gordy Development, LLC, Walnut Woods Condominium I Association, Inc., Country Club of Brewton, Inc., Mary Brooks Pittman, Buffen Automotive Inc. d/b/a Top Value Car and Truck Service of Southfield, Julie Ellison d/b/a Cat &

Fiddle Tavern, Jackie Ullery, and Academy Street Villa Home Owners Association.

DATED this 22nd day of June, 2010.

_____
David G. Campbell
United States District Judge