**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CLN Properties, Inc., individually and on behalf of all those similarly situated, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Republic Services, Inc., et al., <br><br> Defendants. | No. CV09-1428-PHX-DGC <br><br> **ORDER** |

Pending before the Court is Plaintiff's motion to seal (Doc. 90).

**IT IS ORDERED** that Plaintiff's motion to seal (Doc. 90) is **granted** and directing the clerk to file under seal the documents lodged at Docs. 91, 92, 93.

DATED this 25th day of October, 2010.

_David G. Campbell_
United States District Judge

cc: All counsel