BRYAN CAVE LLP (No. 00145700)
Lawrence G. Scarborough (No. 006965) (lgscarborough@bryancave.com)
James D. Smith (No. 016760) (jdsmith@bryancave.com)
Christan E. Shelton *(pro hac vice)* (chris.shelton@bryancave.com)
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000

Michele L. Odorizzi (*pro hac vice*) (modorizzi@mayerbrown.com)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-7309

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CLN Properties, Inc., Maevers Management Company, Inc., Walnut Woods Condominium I Association, Inc., Country Club of Brewton, Inc., Gordy Development, LLC, Mary Brooks Pittman, Buffen Automotive Inc. dba Top Value Car and Truck Service of Southfield, Julie Ellison dba Cat & Fiddle Tavern, Jackie Ullery, and Academy Street Villa Home Owners Association, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Republic Services, Inc. and Allied Waste Industries, Inc.,<br><br>Defendants. | No. 2:09-cv-01428-DGC<br><br>JOINT REPORT REGARDING SETTLEMENT EFFORTS |

Pursuant to Court's Order (Dkt. 166, para. 8) and LRCiv 40.2(d), the parties report that they engaged in good faith settlement efforts and that they have settled this matter in its entirety. The parties respectfully ask the Court to stay all deadlines while the parties prepare settlement documents. The parties anticipate presenting the Court with a stipulation for dismissal with prejudice within 30 days.

DATED this 8th day of April, 2011.

| | |
|---|---|
| BRYAN CAVE LLP | BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C. |
| By s/ James D. Smith<br>  Lawrence G. Scarborough<br>  James D. Smith<br>  Christan E. Shelton<br>  Two North Central Avenue, Suite 2200<br>  Phoenix, Arizona 85004-4406<br><br>―and―<br><br>MAYER BROWN LLP<br>  Michele L. Odorizzi<br>  71 South Wacker Drive<br>  Chicago, Illinois 60606<br><br>Attorneys for Defendants | By s/ James D. Smith (w/consent)<br>  Andrew S. Friedman<br>  Francis J. Balint, Jr.<br>  Kathryn Jann<br>  BONNETT, FAIRBOURN,<br>  FRIEDMAN & BALINT, P.C.<br>  2901 North Central Avenue<br>  Suite 1000<br>  Phoenix, Arizona  85012<br><br>Attorneys for Plaintiffs<br><br>  Daniel Hume<br>  David Bishop<br>  David Kovel<br>  Sarah G. Lopez<br>  KIRBY McINERNEY LLP<br>  825 Third Avenue, 16th Floor<br>  New York, New York  10022<br><br>Attorneys for Plaintiffs |

Filed electronically via the Court's
ECF system this 8th day of April, 2011.

s/ Amy Robinson

688405