| | |
|---|---|
| 1 | **KIRBY McINERNEY LLP** |
| | Daniel Hume (*pro hac vice*) |
| 2 | David Bishop (*pro hac vice*) |
| | David Kovel (*pro hac vice*) |
| 3 | Sarah G. Lopez (*pro hac vice*) |
| | 825 Third Avenue, 16th Floor |
| 4 | New York, NY 10022 |
| | E-mail dhume@kmllp.com; slopez@kmllp.com |
| 5 | Telephone: (212) 371-6600 |
| | Facsimile: (212) 751-2540 |
| 6 | *Attorneys for Plaintiffs* |
| 7 | **BRYAN CAVE LLP (No. 00145700)** |
| | Lawrence G. Scarborough (No. 006965) (lgscarborough@bryancave.com) |
| 8 | James D. Smith (No. 016760) (jdsmith@bryancave.com) |
| | Christan E. Shelton (pro hac vice) (chris.shelton@bryancave.com) |
| 9 | Two North Central Avenue, Suite 2200 |
| | Phoenix, Arizona 85004-4406 |
| 10 | Telephone: (602) 364-7000 |
| | *Attorneys for Defendants* |
| 11 | |
| | Additional Counsel listed on Signature Block |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| CLN PROPERTIES, INC., MAEVERS MANAGEMENT COMPANY, INC., WALNUT WOODS CONDOMINIUM I ASSOCIATION, INC., COUNTRY CLUB OF BREWTON, INC., GORDY DEVELOPMENT, LLC, MARY BROOKS PITTMAN, BUFFEN AUTOMOTIVE INC. d/b/a TOP VALUE CAR AND TRUCK SERVICE OF SOUTHFIELD, JULIE ELLISON d/b/a CAT & FIDDLE TAVERN, JACKIE ULLERY, and ACADEMY STREET VILLA HOME OWNERS ASSOCIATION individually and on behalf of all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REPUBLIC SERVICES, INC. and ALLIED WASTE INDUSTRIES, INC. <br><br> Defendants. | Case No. 2:09-cv-01428-DGC <br><br> **JOINT MOTION REQUESTING THAT THE COURT MODIFY ITS ORDER DATED APRIL 11, 2011 AND STAY THE DISMISSAL OF THIS ACTION UNTIL JUNE 10, 2011** <br><br> **(First Request)** |

Plaintiffs and Defendants hereby jointly move the Court to: 1) modify the portion of its April 11, 2011 Order [Docket Entry #169] directing the dismissal and termination of this action on May 11, 2011; and 2) stay the dismissal of this action until June 10, 2011.

On April 8, 2011, the Parties filed a Joint Report notifying the Court that the Parties had settled this Action [Docket Entry # 168]. On April 11, 2011 [Docket Entry #169], upon notification that the parties had settled this action, this Court Ordered:

    a.    without further Order of this Court, this action would be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date and;

    b.    the Clerk of the Court to terminate this action on May 11, 2011 without further leave of Court, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date;

Although the parties have agreed to settle the action, the parties require additional time to finalize and execute the settlement agreement in this action. This parties have been unable to finalize and execute the settlement in this action due, in part, to conflicts caused by the Easter and Passover Holidays for the parties and their counsel. The parties anticipate presenting the Court with a stipulation for dismissal with prejudice or before June 10, 2011.

This is the first request to stay the dismissal of this Action. A proposed form of order accompanies this submission.

For all the reasons set forth herein, Plaintiffs and Defendants respectfully request that this Court grant the relief sought in this motion.

Dated: May 8, 2011          Respectfully Submitted,

| BRYAN CAVE LLP | KIRBY McINERNEY LLP |
|---|---|
| By s/ Daniel Hume (w/consent) | By s/ Daniel Hume |
| Lawrence G. Scarborough | Daniel Hume |
| James D. Smith | David Bishop |
| Christan E. Shelton | David Kovel |
| Two North Central Avenue, Suite 2200 | Sarah G. Lopez |
| Phoenix, Arizona 85004-4406 | 825 Third Avenue, 16th Floor |
| | New York, New York 10022 |
| - and - | |
| MAYER BROWN LLP | Andrew S. Friedman |
| Michele L. Odorizzi | Francis J. Balint, Jr. Kathryn Jann |
| 71 South Wacker Drive | BONNETT, FAIRBOURN, FRIEDMAN |
| Chicago, Illinois 60606 | & BALINT, P.C. |
| | 2901 North Central Avenue Suite 1000 |
| | Phoenix, Arizona 85012 |
| Attorneys for Defendants | |
| | Attorneys for Plaintiffs |

Filed electronically with the Court
and served on the following via the
Court's ECF system this 8th day
of May, 2011:

KIRBY McINERNEY LLP
Daniel Hume
David Bishop
David Kovel
Sarah G. Lopez
825 Third Avenue, 16th Floor
New York, New York 10022
*Attorneys for Plaintiffs*

s/ Sarah G. Lopez

3