1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF ARIZONA**

8

9   CLN PROPERTIES, INC., and
    MAEVERS MANAGEMENT                    Case No.  CV09-1428-PHX DGC
10  COMPANY, INC., individually and on
    behalf of all those similarly situated,
11
                    Plaintiffs,
12                                                        **ORDER**
            v.
13

14  REPUBLIC SERVICES, INC. and
    ALLIED WASTE INDUSTRIES, INC.
15
                    Defendants.
16

17          This civil action is before the Court for consideration of the *Joint Motion Requesting*

18  *that the Court Modify its Order Dated April 11, 2011 and Stay the Dismissal of this Action*

19  *Until June 10, 2011* ("the Joint Motion").  Having considered the Joint Motion, and having

20  found good cause to grant relief, the Court orders:

21          (a)     that the Joint Motion (Doc. 170) is **granted**.

22          (b)     the portion of the Court's April 11, 2011 Order [Doc. 169] directing the

23  dismissal and termination of this Action on May 11, 2011 is hereby modified; and

24          (c)     the dismissal of this Action is stayed until June 10, 2011.

25
26
27
28

1         (d)     directing the Clerk of Court to terminate this matter on June 10, 2011 without

2    further leave of Court.

3         DATED this 9th day of May, 2011.

_____
David G. Campbell
United States District Judge